## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **CRIMINAL ACTION NO. 05-00128-WS** |
| | ) | |
| ALEXANDER LASHAUN BOHANNON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on defendant's motion to continue the trial and to extend the time for filing pretrial motions (Doc. 37) and notice of filing tentative pretrial schedule agreed by the parties. (Doc. 40).  In the motion, defendant states that additional time is necessary to adequately prepare for trial because defendant has been indicted for a capital offense and the Government intends to seek authorization to proceed with the capital prosecution.  Defendant filed his speedy trial waiver on June 7, 2005. (Doc. 38).

Under these circumstances, and for reasons more specifically set forth in the motion to continue, the court finds that the ends of justice served by continuing this action outweigh the best interest of the public and the defendant in a speedy trial.  For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii).

Accordingly, the motion to continue (Doc. 37) is **GRANTED** and this action is **CONTINUED** to the **January 2006** criminal trial term.  Additionally, the following schedule is set:

Notice of intent to seek the death penalty shall be filed on or before **October 31, 2005.**

Pretrial motions and reciprocal discovery shall be due by **November 15, 2005**.

Pretrial conference shall be held in **December 2005** with the date to be set by U.S. Magistrate

Judge Bert W. Milling, Jr.

Trial shall be held during the **January 2006** criminal term with jury selection scheduled for

**January 3, 2006.**

The Clerk of the Court is directed to refer this file to U.S. Magistrate Judge Bert W. Milling,

Jr., to reschedule the pretrial conference for December 2005

**DONE** and **ORDERED** this 16th day of June, 2005.

           **s / Kristi D. Lee**
           **KRISTI D. LEE**
           **UNITED STATES MAGISTRATE JUDGE**